# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

| | | |
|---|---|---|
| RONALD STOCKTON, | : | No. 23 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated July 8, |
| | : | 2019 and exited July 8, 2019 at No. |
| v. | : | 508 MD 2018. |
| | : | |
| | : | |
| SECRETARY OF CORRECTIONS-JOHN | : | |
| WETZEL, CHIEF GRIEVANCE OFFICER | : | |
| KERI MOORE, ACCOUNTANT 1- | : | |
| CHRISTINE SPENCER, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  April 22, 2020**

AND NOW, this 22nd day of April, 2020, the order of the Commonwealth Court is

AFFIRMED.  The Appellees' Application to Dismiss is **DISMISSED** as moot.

Justice Wecht files a concurring statement.